STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Adam L. Ortego  Jr.
Asst. Attorney General
One Lakeshore Dr., #1200
Lake Charles LA 70601

**REHEARING ACTION: December 10, 2008**

**Docket Number: 08   00505-CA**

**COLLETTE JOSEY COVINGTON, ET AL.**
**VERSUS**
**MCNEESE STATE UNIVERSITY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2001-2355**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. James T. Genovese**
**Chris J. Roy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **McNeese State University** has this day been

**DENIED.**

cc: Seth B. Hopkins, Counsel for the Appellee